FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00228-CV

## Trial Court No. 2010-1235-B

**Robert Darrell Tolar**

**Vs.**

**Darbie D. Tolar, Seagrid Ann Howe and Tia Jo Vanschoyck**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Clerk's record | $189.00 | STEPHEN R. PATTERSON |
| Indigent | $25.00 | Lisa Lane Liston |
| Filing | $100.00 | Lisa Lane Liston |
| Supreme Court chapter 51 fee | $50.00 | Lisa Lane Liston |
| Required Texas.gov efiling fee | $20.00 | Lisa Lane Liston |
| TOTAL: | $384.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 31st day of July 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk